# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAKE CHARLES DIVISION

| | |
|---|---|
| **I F G PORT HOLDINGS L L C** | **CIVIL CASE NO.  2:24-CV-01095** |
| **VERSUS** | **JUDGE DAVID C. JOSEPH** |
| **SOUTH LOUISIANA RAIL FACILITY L L C** | **MAGISTRATE JUDGE THOMAS P. LEBLANC** |

## JUDGMENT

This matter was referred to Magistrate Judge Thomas P. LeBlanc for report and recommendation.  After an independent review of the record, noting the OBJECTIONS TO REPORT AND RECOMMENDATION filed [Doc. 18] and for the reasons stated in the REPORT AND RECOMMENDATION [Doc. 17], this Court concludes the Magistrate Judge's REPORT AND RECOMMENDATION is correct and adopts the findings and conclusion therein as its own. Accordingly,

IT IS ORDERED that Plaintiff's MOTION FOR REMAND [Doc. 6] is DENIED.

THUS DONE AND SIGNED in Chambers on this 14th day of October, 2025.

_____
DAVID C. JOSEPH
UNITED STATES DISTRICT JUDGE